259 So.2d 72

**STATE of Louisiana ex rel. Melvin J. BONNER**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52256.**

March 22, 1972.

 The showing made does not warrant the exercise of our original or supervisory jurisdiction.

259 So.2d 71

**STATE of Louisiana ex rel. Erwin Paul WILLINGHAM**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52202.**

March 22, 1972.

259 So.2d 72

**STATE of Louisiana ex rel. Thomas Oscar COLLIER**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52263.**

March 22, 1972.

 On the showing made applicant is not entitled to the relief sought.